UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

In re:

14 16 SHEEPS POND LLC,

              Debtor.

Chapter 11
Case No.

**Balance Sheet Statement**

The Debtor has not prepare a recent balance sheet.

Signed under the penalties of perjury this 12th day of December 2024.

By: /s/ Brett P. Fodiman
Brett P. Fodiman, Manager