

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>14 16 SHEEPS POND LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-12513-JEB |

## Order

**MATTER:**

#9 Application filed by Debtor 14 16 Sheeps Pond LLC to Employ Madoff & Khoury LLP as Counsel

Having reviewed the Application, no objections having been filed and good cause being shown, the Application is granted as follows. The Debtor is authorized to retain Madoff & Khoury LLP as counsel to the Debtor under Section 327(a) of the Code. Notwithstanding anything to the contrary in the Application, any fees and expenses shall be determined and allowed pursuant to Section 330 of the Code. Payment of any compensation, including application of any retainer to any accrued fees and expenses, shall be subject to prior Court allowance and approval pursuant to Section 330 and Section 331 of the Code.

The hearing on this Application scheduled for January 22, 2025, is canceled.

Dated: January 21, 2025                                              By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge