# Corporations Division



## FAX VOUCHER COVERSHEET
## PAYMENT CONFIRMATION

**Fax To:** 617-624-3891

| | |
|---|---|
| **Fax Voucher Number:** | 6323187572 |
| **Contact name:** | PAT KRIFF |
| **Contact phone:** | (617) 292-7900 |
| **Contact email:** | PKRIFF@PIERCEATWOOD.COM |
| **Confirmation date/time:** | 4/8/2022 9:34:14 AM |
| **Confirmation number:** | 184711348 |
| **Invoice number:** | 0100135F004373406320939 |
| **Payment ID number:** | 8541373 |
| **Transaction ID number:** | 437340 |
| **Transaction category:** | Uniform Commercial Code (UCC) |
| **Transaction type:** | UCC – 1 |
| **Filing fee:** | $20.00 |
| **Expedited service fee:** | $3.50 |
| **Total fee:** | $23.50 |

Your payment has been successfully processed. Print this page and use it as a cover sheet for your fax filing. Fax your filing along with this cover sheet to **617-624-3891**. Each filing requires a separate cover sheet. If your submission is rejected for any reason, we will contact you immediately.

**E-check transactions require final approval from your bank. Such approval may take 7 to 10 business days. If the payment is returned, you will be billed for the transaction at that time.**

If you have any questions about your request, contact our office:

- phone: 617-727-9640
- email: **corpinfo@sec.state.ma.us**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

**B. E-MAIL CONTACT AT FILER** (optional)

pkriff@pierceatwood.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

PIERCE ATWOOD LLP
100 SUMMER STREET
SUITE 2250
BOSTON, MA 02110
Attn: Bruce Miller, Esquire

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 14 16 SHEEPS POND LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 25 Channel Center Street, Unit 203 | Boston | MA | 02110 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CLINTON SAVINGS BANK | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 200 Church Street | Clinton | MA | 01510 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

**The Debtor's right, title and interest in and to the Collateral described in Exhibit A attached hereto and located at or used in connection with the real property known as 14 and 16 Sheep Pond Road, Nantucket, MA all as more fully described on Exhibit B attached hereto.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/111)

{W13805859.1}

DEBTOR                                          SECURED PARTY

14 16 SHEEPS POND LLC                           CLINTON SAVINGS BANK

## EXHIBIT A TO UCC-1 FINANCING STATEMENT

## DESCRIPTION OF COLLATERAL

As used herein, the term "**Collateral**" shall include all and each of the following, whether singly or collectively, whether real property, personal property, or any combination thereof, whether now owned or now existing, or in which Debtor has an interest, or at any time in the future, acquired, arising, or to become due, or in which Debtor obtains an interest, and all proceeds, products, substitutions and accessions of or to any of the following:

(a)     the land with buildings and improvements whether now existing or hereafter constructed or located thereon known as and numbered 14 and 16 Sheep Pond Road, Nantucket, MA, as more particularly described on **Exhibit B** annexed hereto (collectively, the "**Mortgaged Premises**");

(b)     all easements, reciprocal easement agreements, special permits, covenants, agreements and rights which are appurtenant to or benefit the land described in Subparagraph (a) above;

(c)     all furnaces, ranges, heaters, plumbing goods, gas and electric fixtures, screens, screen doors, mantels, shades, storm doors and windows, awnings, oil burners and tanks or other equipment, gas or electric refrigerators and refrigerating systems, ventilating and air conditioning apparatus and equipment, doorbell and alarm systems, elevators and elevator equipment, sprinkler and fire extinguishing systems, portable or sectional buildings, and all other fixtures of whatever kind or nature owned by Debtor, now or in the future contained in or on the Mortgaged Premises, and any and all similar fixtures owned by Debtor hereinafter installed in the Mortgaged Premises in any manner which renders such articles usable in connection therewith;

(d)     all machinery, equipment, furniture, inventory, building supplies, and appliances, owned by Debtor, used or useful in the construction, operation, maintenance, or occupation of the Mortgaged Premises or any portion or unit thereof;

(e)     all leases, contracts or agreements entered into, for the lease, rental, hire or use by Debtor of any property of the same nature as the foregoing Subparagraphs (c) and (d) in connection with the construction, operation, maintenance or occupation of the Mortgaged Premises;

(f)     all written or oral leases, tenancies, and occupancies regarding all or any portion of the foregoing Subparagraphs (a) through (e) (hereinafter, the "**Leases**"), and all guarantees and security relating thereto (subject to the terms thereof);

(g)     all rents and other sums due to Debtor arising from the Leases or from any of the foregoing Subparagraphs (a) through (f), all payments due or to become due thereunder, including, without limitation, all rent, additional rent, security deposits (subject to the terms of the Leases), damages, insurance payments, taxes, insurance proceeds, condemnation awards, or any payments with respect to options contained therein (including any purchase option) (hereinafter, the "**Rental Payments**");

(h)     all contracts and agreements entered into or assumed by Debtor (together with the easements, covenants, agreements (including purchase and sale agreements for all or any portion of the Mortgaged Premises) and rights referred to in Subparagraph (b), above, and the Leases, contracts and agreements referred to in Subparagraph (e), above, hereinafter the "**Contracts**") licenses, permits and approvals (hereinafter, the "**Licenses**") and warranties and representations, relative to the use, operation, management, construction, repair or service of any of the foregoing Subparagraph (a) through (g);

(i)     any other property of Debtor in which Secured Party may in the future be granted an interest;

(j)     all funds of Debtor held by Secured Party as tax or insurance escrow payments;

(k)     all proceeds received from the sale, exchange, collection or other disposition of any of the foregoing Subparagraphs (a) through (j), including, without limitation, equipment, inventory, goods, documents, securities, accounts, chattel paper, and general intangibles (as each of those terms is defined in the UCC); all insurance proceeds relating to all or any portion of the foregoing Subparagraphs (a) through (j); and all awards, damages, proceeds, or refunds from any state, local, federal or other takings of, and all municipal tax abatements relating to, all or any portion of the foregoing Subparagraphs (a) through (j);

(l)     all of Debtor's right, title and interest in and to any and all title insurance proceeds, claims, demands and causes of action, relating to any title insurance policies covering the Mortgaged Premises (**"Title Policies"**) together with all rights and privileges relating thereto. Debtor shall notify Secured Party of any potential claims or disputes relating to the Title Policies and Debtor hereby authorizes and empowers Secured Party to collect all awards and proceeds on Debtor's behalf; and

(m)     all rights, remedies, representations, warranties, and privileges pertaining to any of the foregoing Subparagraphs (a) through (l).

All capitalized terms used and not defined herein shall have the meaning given to them in that certain Mortgage, Security Agreement, and Financing Statement dated April 8, 2022 recorded, or to be recorded, with the Nantucket County Registry of Deeds on or about the date hereof (as the same may be amended, restated or modified from time to time, the "**Mortgage**").

DEBTOR                                    SECURED PARTY

14 SHEEPS POND LLC                        CLINTON SAVINGS BANK


**EXHIBIT B**

PARCEL I: 16 Sheep Pond Road

Those certain parcels of land together with all improvements thereon in the Town and County of Nantucket, Commonwealth of Massachusetts, bounded and described as follows:

SOUTHERLY   by the line of Sheep Pond Road, for four hundred twenty and 00/100 (420.00) feet;

NORTHWESTERLY    by Lot 4, as shown on plan hereinafter mentioned, three hundred eighty-one and 55/100 (381.55) feet;

NORTHEASTERLY    by land of Nantucket Conservation Foundation, Inc. five hundred seventy-eight and 50/100 (578.00) feet.

Said land is shown as Lot 5 upon a plan dated December 28, 1979, recorded in Nantucket Registry of Deeds in Plan Book 21, Page 21.

For title, see Deed recorded at Book 1777 and Page 262 with the Nantucket Registry of Deeds.

Grantor's hereby release any and all homestead rights in the premises and certifies that there is no one else entitled to homestead protection under the Act.

And

NORTHEASTERLY    by land of Nantucket Conservation Foundation, Inc. one hundred thirty-seven and 83/100 (137.83) feet;

EASTERLY    by Lot 5, on plan recorded with Nantucket Deeds in Plan Book 21, Page 21, measuring on the upland about three hundred seventy-three (373+/-) feet;
SOUTHWESTERLY    by the Atlantic Ocean; and
NORTHEASTERLY    by Lot 4A on plan hereinafter mentioned, measuring on the upland about four hundred thirty-four (434 =/-) feet.

Said land is shown as Lot 4B on a plan by Blackwell and Associates, Inc., dated November 29, 2010, recorded with Nantucket Deeds as Plan No. 2011-7.

For title, see Deed recorded at Book 1777 and Page 262 with the Nantucket Registry of Deeds.

Parcel II: 14 Sheep Pond Road

Those certain parcels of land together with all improvements thereon in the Town and County of Nantucket, Commonwealth of Massachusetts, bounded and described as follows:

NORTHEASTERLY    by land of Nantucket Conservation Foundation, Inc. three hundred thirteen and 67/100 (313.67) feet;

EASTERLY    by Lot 4B, on plan recorded with Nantucket Deeds in Plan Book 21, Page 21, measuring on the upland about three hundred twenty-nine (329+/-) feet;

SOUTHWESTERLY   by the Atlantic Ocean; and

WESTERLY   by land now or formerly of Madaket Sunsets Realty Trust, measuring on the upland about four hundred eighty-seven (487 +/-) feet.

Said land is shown as Lot 3 upon a plan dated December 28, 1979, recorded in Nantucket Registry of Deeds in Plan Book 21, Page 21 and Lot 4A on a plan by Blackwell and Associated, Inc. dated November 29, 2010, recorded with Nantucket Deeds as Plan No. 2011-7.

For title, see Deed recorded at Book 1777 Page 262 with the Nantucket Registry of Deeds,

Said property is subject to and has the benefit of the following:
Real estate taxes for Fiscal Year 2022 and future periods.
Easement Agreement dated June 25, 2004 recorded at Book 924, Page 274 at Nantucket Deeds.
Easement Agreement dated August 4, 2004 recorded at Book 924, Page 304 at Nantucket Deeds.
Street Betterment Assessment dated October 2, 2013 recorded at Book 1413 Page 25 at Nantucket Deeds.

For title, see deed recorded immediately prior hereto.