

# NANTUCKET HEALTH DEPARTMENT
### 131 PLEASANT STREET
### NANTUCKET, MASSACHUSETTS 02554
Telephone 508.228.7200
Tele fax 508.325.6117

December 9, 2024

BRETT P. FODIMAN
25 CHANNEL CENTER STREET
BOSTON, MA 02210

RE: 16 Sheep Pond Road, Environmental Emergency

Dear Mr. Fodiman:

Due to information provided to the Town of Nantucket Health Department from the Town of Nantucket Natural Resources Department regarding severe erosion to the property and danger of the house's close proximity to the coastal bank, the above-mentioned property was inspected on December 9, 2024, by John Hedden, Chief Environmental Health Officer for the Town of Nantucket. The property was found to be in imminent danger of collapsing and creating an environmental emergency.

Enclosed please find a copy of an order to abate, photos, and a report from Natural Resources with more detailed information.

If you have any questions, please do not hesitate to contact us at your convenience.

Regards,

J.H.

John Hedden
Chief Environmental Health Officer
Health & Human Services
jdhedden@nantucket-ma.gov
508-228-7200 ext. 7321

# NANTUCKET HEALTH DEPARTMENT

131 PLEASANT STREET
NANTUCKET, MASSACHUSETTS 02554
Telephone 508.228.7200
Tele fax 508.325.6117
jdhedden@nantucket-ma.gov

### NOTICE OF STATE SANITARY CODE VIOLATION
### AND
### ORDER TO CEASE, DESIST, REMEDIATE, AND/OR ABATE

**Brett P. Fodiman and all persons having notice of this order. As the owner/occupant of property, located at 16 Sheep Pond Road, Nantucket, MA, Assessor's Map: 63  Parcel: 30 and known as a single-family dwelling, you are hereby notified under 310 CMR 11.00: General Application and Administration Environmental Code, Title 1, of the following:**

You are hereby ORDERED this date 12/9/2024 to:

SUMMARY OF
conditions

1. ABATE IMMEDIATELY, all functions at the above-mentioned property:

The house and all above ground and underground utilities including but not limited to sewage lines, water lines, electrical lines, water wells, irrigation lines, and any other appurtenances on the property are in imminent danger of collapsing due to severe erosion of the coastal bank.

SUMMARY OF
ACTION  TO ABATE

2. COMMENCE (Immediately), action to abate this violation permanently.
   ( 7 Days ).

Acquire all necessary permits with the Town of Nantucket and remove all potential hazardous or toxic waste which may be present in the house, remove the dwelling and all above ground and underground utilities including but not limited to sewage lines, water lines, electrical lines, water wells, irrigation lines, and any other appurtenances on the property.  Remove and dispose of all refuse and debris in compliance with all applicable hazardous and solid waste regulations.

And if aggrieved by this order:  To show cause as to why you should not be required to do so, by filing an appeal to any court of competent jurisdiction and or Nantucket Board of Health within 7 days of receipt of the order.  If such order is issued by the local approving authority per 310 CMR 11.00. Each day's failure to comply with this order will result in a separate offence and will result in monetary penalties.

PC:  Board of Health
     Town Manager
     Building Commissioner
     Natural Resources
     DPW
     Planning



# Coastal Properties Inspection Form          1

*Natural Resources Department*
Date: 12/9/2024                              Time: 12:30 PM
Inspection Team: Will Dell'Erba

**Map & Parcel #: 63 30   Address: 16 Sheep Pond Rd   File #: No file   Date of Issue: 12/9/24**

**Dist. Of Permanent Structure to Coastal Bank:** 0 feet (Porch undermined as of 12/9/24)
**Dist. Of Natural Area adjacent to Coastal Bank: 0**

**Erosion Control Structure:** None in place.

**Structure Condition:** Good/Fair

**Site Condition:** The structure is currently directly on the edge of bluff, with the porch currently undermined by erosion. After storm conditions throughout the weekend of 12/6/24, The dwelling now sits directly at the edge of bluff. The porch is -1 foot from the bluff. (Negative one, as the porch has been undermined.)
An inspection performed 11/16/2021 showed the house sitting 41 feet from the edge of the bluff. (see attached "Coastal Properties Inspection Form", dated 11/16/2021 and prepared by Morgan Sayle.

**Coastal Structure Type:** N/A

**Structure Condition:** N/A

**Recommended Actions:** The Natural Resources Department is strongly recommending that this structure is relocated or removed post-haste. Large chunks of lawn area have sloughed off within the last 48-72 hours which have placed the banks edge directly at the structure. The structure is currently in imminent danger, and without intervention will become hazardous and environmentally concerning beach and ocean debris.

12/9/24

**Will Dell'Erba**
Conservation Agent
Natural Resources Department

16 Sheep Pond Road 12/9/2024



Photo taken 12/9/2024



16 Sheep Pond Road 12/9/2024





# Coastal Properties Inspection Form

*Natural Resources Department*

Date: 11/16/2021                    Time: 3:00 PM

Inspection Team: Morgan Sayle

1

Map & Parcel #: 63 30   Address: 16 Sheep Pond Rd   File #: No file   Date of Issue:

**Dist. Of Permanent Structure to Coastal Bank:** 41 ft (from edge of deck), 24 ft (from hot tub)

**Dist. Of Natural Area adjacent to Coastal Bank:** 16 ft

**Erosion Control Structure:** None in place.

**Structure Condition:** N/a

**Site Condition:** Eroding coastal bank with a 16ft wide strip of natural vegetation adjacent to the bank. A hot tub and fire pit about 24ft from edge of the coastal bank and beach stairs slightly east of the lawn.

**Coastal Structure Type:** Beach stairs.

**Structure Condition:**

**Recommended Actions:** Remove or receive permitting for hot tub, fire pit and beach stairs. Consider relocating dwelling further back on the lot.





US POSTAGE IMI PITNEY BOWES

$ 009.92⁰

ZIP 02554
02 7H
0006211310

DEC 09 2024

FIRST-CLASS

CERTIFIED MAIL

9589 0710 5270 1006 2141 91

Nantucket Health & Hum:
131 Pleasant Stree
Nantucket, MA 02:

TOWN OF NANTUCKET MASS. · INCORPORATED 1871

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage

Postmark
Here

BRETT P. FODIMAN
25 CHANNEL CENTER STREET
BOSTON, MA 02210



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*　C. Date of Delivery |

D. Is delivery address different from item 1? ☐ Yes
delivery address below: ☐ No

**BRETT P. FODIMAN
25 CHANNEL CENTER STREET
BOSTON, MA 02210**

9590 9402 8538 3186 0895 95

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

9589 0710 5270 1006 2141 91

PS Form 3811, July 2020 PSN 7530-02-000-9053　　Domestic Return Receipt

Certified Mail

■ A receipt (this portion
■ A unique Identifier for
■ Electronic verification
  delivery.
■ A record of delivery (in
  signature) that is retain
  for a specified period.

Important Reminders
■ You may purchase Cer
  First-Class Mail®, First-
  or Priority Mail® service
■ Certified Mail service is
  International mail.
■ Insurance coverage is
  with Certified Mail serv
  of Certified Mail service
  insurance coverage au
  certain Priority Mail Ite
  For an additional fee, a
  endorsement on the m
  the following services:
  - Return receipt servic
    of delivery (including
    You can request a ha
    electronic version. Fo
    complete PS Form 3
    Receipt; attach PS Fo

3800, January