

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>14 16 SHEEPS POND LLC,<br><br>Debtor | Chapter 11<br>Case No. 24-12513-JEB |

### Proceeding Memorandum and Order

**MATTER:**
#19 Motion filed by Creditor Clinton Savings Bank for Relief from Stay Re: 14 and 16 Sheeps Pond Road, Nantucket, MA

**Decision set forth more fully as follows:**
Hearing held on February 18, 2025. For the reasons set forth on the record, the hearing is continued to **March 19, 2025, at 2:45 p.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA 02109.

In order to provide flexibility and maximize access for parties in interest in addressing the Motion, the hearing is scheduled as a Hybrid Hearing. Parties in interest and counsel may choose to participate either remotely by video or in person. Parties in interest and counsel who wish to appear remotely may do so by complying with the terms of the Order Regarding Procedures for Appearances by Video at Hearings dated December 16, 2024. ("Video Hearing Order"). Any pro se parties or counsel intending to attend by video must provide the Notice of Participation required under Paragraph II, 2 of that order to the Courtroom Deputy Noe Calvo, at noe_calvo@mab.uscourts.gov by **March 14, 2025, by Noon.** As provided in the Video Hearing Order, appearance by video is limited to counsel and parties in interest. Members of the general public are welcome to attend the hearing in person in the Courtroom. **Requests submitted after the above deadline may not be considered by the Court.**

Clinton Savings Bank is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **February 21, 2025**. If it fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

Dated: February 19, 2025

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge

2