# ACORD® INSURANCE BINDER

**DATE (MM/DD/YYYY):** 12/12/2024

**THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON PAGE 2 OF THIS FORM.**

| AGENCY | COMPANY | BINDER # |
|---|---|---|
| Guardian Insurance<br>99 Main Street<br>North Easton, MA 02356 | Verdant Underwriting Managers | |

| EFFECTIVE DATE | TIME | EXPIRATION DATE | TIME |
|---|---|---|---|
| 12/12/2024 | 12:21 PM [X] | 12/12/2025 | 12:01 AM [X] / NOON |

**PHONE (A/C, No, Ext):** (508)969-1980  
**FAX (A/C, No):** (508)969-1986

[ ] THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #:

**CODE:**    **SUB CODE:**  
**AGENCY CUSTOMER ID:** 00005592

**DESCRIPTION OF OPERATIONS / VEHICLES / PROPERTY (Including Location)**  
Location Address: 14 Sheep's Pond Nantucket MA 02554

**INSURED AND MAILING ADDRESS**  
14 & 16 Sheep Pond LLC

29 Mystic Ave  
Somerville, MA 02145

## COVERAGES / LIMITS

| TYPE OF INSURANCE | COVERAGE / FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| **PROPERTY**<br>CAUSES OF LOSS<br>[ ] BASIC  [ ] BROAD  [X] SPEC | Building (100% Replacement Cost)<br>Personal Property<br>Loss of Use | $5,000<br>$5,000<br>$5,000 | 80% | $1,500,000<br>$250,000<br>$200,000 |
| **GENERAL LIABILITY**<br>[X] COMMERCIAL GENERAL LIABILITY<br>[ ] CLAIMS MADE  [X] OCCUR<br>[X] | Personal Liability<br><br><br><br><br><br>RETRO DATE FOR CLAIMS MADE: | | EACH OCCURRENCE<br>DAMAGE TO RENTED PREMISES<br>MED EXP (Any one person)<br>PERSONAL & ADV INJURY<br>GENERAL AGGREGATE<br>PRODUCTS - COMP/OP AGG | $ 500,000<br>$<br>$<br>$<br>$<br>$ |
| **VEHICLE LIABILITY**<br>[ ] ANY AUTO<br>[ ] OWNED AUTOS ONLY<br>[ ] SCHEDULED AUTOS<br>[ ] HIRED AUTOS ONLY<br>[ ] NON-OWNED AUTOS ONLY | | | COMBINED SINGLE LIMIT<br>BODILY INJURY (Per person)<br>BODILY INJURY (Per accident)<br>PROPERTY DAMAGE<br>MEDICAL PAYMENTS<br>PERSONAL INJURY PROT<br>UNINSURED MOTORIST<br>UNINSURED MOTORIST (per accident) | $<br>$<br>$<br>$<br>$<br>$<br>$<br>$ |
| **VEHICLE PHYSICAL DAMAGE** DED<br>[ ] COLLISION:<br>[ ] OTHER THAN COL: | [ ] ALL VEHICLES  [ ] SCHEDULED VEHICLES | | ACTUAL CASH VALUE<br>STATED AMOUNT | $ |
| **GARAGE LIABILITY**<br>[ ] ANY AUTO | | | AUTO ONLY - EA ACCIDENT<br>OTHER THAN AUTO ONLY:<br>EACH ACCIDENT<br>AGGREGATE | $<br><br>$<br>$ |
| **EXCESS LIABILITY**<br>[ ] UMBRELLA FORM<br>[ ] OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | | EACH OCCURRENCE<br>AGGREGATE<br>SELF-INSURED RETENTION | $<br>$<br>$ |
| **WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY** | | | PER STATUTE<br>E.L. EACH ACCIDENT<br>E.L. DISEASE - EA EMPLOYEE<br>E.L. DISEASE - POLICY LIMIT | <br>$<br>$<br>$ |
| **SPECIAL CONDITIONS / OTHER COVERAGES** | This insurance policy may not be reduced, terminated or canceled without 30 days written notice to the mortgagee | | FEES<br>TAXES<br>ESTIMATED TOTAL PREMIUM | $<br>$<br>$ |

## NAME & ADDRESS

Clinton Savings Bank  
ISAOA / ATIMA  
c/o Lee & Mason Financial Services  
PO Box 8455  
Reston, VA 20195

[ ] ADDITIONAL INSURED  [ ] LOSS PAYEE  [X] MORTGAGEE  
[ ] LENDER'S LOSS PAYABLE

**LOAN #:** 748

**AUTHORIZED REPRESENTATIVE**  
*Bryan De Sa*

Page 1 of 2    © 1993-2016 ACORD CORPORATION. All rights reserved.

ACORD 75 (2016/03)    The ACORD name and logo are registered marks of ACORD

Printed by JAF on November 22, 2024 at 12:29PM